**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Desert Tortoise Council, et al.,

Plaintiffs,

v.

Doug Burgum, et al.,

Defendants.

No. CV-25-00272-TUC-JGZ

**ORDER**

Pending before the Court is Arizona Farm and Ranch Group ("AFRG"), Home Builders Association of Central Arizona ("HBACA"), Southern Arizona Home Builders Association ("SAHBA"), and Winkelman Natural Resource Conservation District ("Winkelman NRCD")'s, (collectively, "Intervenors"), Motion to Intervene (Doc. 26). The Motion is unopposed. (*Id.* at 2; Doc. 31.) Intervention is warranted because (1) Intervenors claim an interest relating to the property or transaction that is the subject of this action, and (2) Intervenors are situated such that disposing of this action may, as a practical matter, impair their ability to protect their interests. *See* Fed. R. Civ. P. 24(a)(2). The Court will therefore grant the Motion to Intervene.

Accordingly,

//

//

//

//

**IT IS ORDERED** that the Motion to Intervene (Doc. 26) is **granted**. Intervenors shall abide by the existing case management framework outlined in the Court's September 24, 2025, Scheduling Order (Doc. 11).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Intervenors' Answer lodged at Doc. 30.

Dated this 17th day of September, 2026.

Jennifer G. Zipps
Chief United States District Judge